UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

CARA LYNNE MORRIS,

        Plaintiff,                     No. 1:17-cv-00175-RJJ-ESC

v.                                          Hon. Robert J. Jonker
                                              Chief U.S. District Judge

JOHN D. BRADSHAW, P.C., and,
JOHN D. BRADSHAW,

        Defendants.

_____/

**STIPULATION OF DISMISSAL PURSUANT TO FED. R.CIV. P. 41(a)(1)(A)(ii)
WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEY FEES TO ANY PARTY**

      Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties stipulate to the dismissal of this action with prejudice and without costs or attorney fees to any party.

                                                     Respectfully submitted,

Dated: May 9, 2017                        /s/ Anthony J. Valentine
                                                     Anthony J. Valentine (P32840)
                                                       Attorney at Law
                                                      Attorney for Plaintiff
                                                      Ste. 227, 29 Pearl Street, N.W.
                                                      Grand Rapids, MI 49503
                                                      (616) 288-5410
                                                      *tonyvalentinelaw@gmail.com*

(Defendants' counsel's
signature block follows.)

Stipulation of Dismissal
(No. 1:17-cv-00175-RJJ-ESC)

Dated: May 9, 2017                              MADDIN HAUSER ROTH & HELLER, P.C.

/s/ *Kathleen H. Klaus*
KATHLEEN H. KLAUS (P67207)
Attorney for Defendants
28400 Northwestern Highways, 3rd Floor
Southfield, MI 48034
(248) 359-7520
Kklaus@maddenhauser.com